UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 9, 2023

| | |
|---|---|
| UNITED STATES OF AMERICA | : MAGISTRATE NO. 23-MJ-358 |
| | : MAGISTRATE NO. 23-MJ-360 |
| v. | : |
| | : VIOLATIONS: |
| VINCENT LEE ALSTON, | : 18 U.S.C. § 371, 922(u) |
| | : (Conspiracy to Commit Theft from a |
| and | : Federal Firearms Licensee) |
| | : 18 U.S.C. § 922(j) |
| JUWON MARKEL ANDERSON, | : (Unlawful Possession of Stolen Firearms) |
| also known as "Peezy," | : 18 U.S.C. § 922(g)(1) |
| Defendants. | : (Unlawful Possession of Firearms by a |
| | : Person Convicted of a Crime Punishable by |
| | : Imprisonment for a Term Exceeding One |
| | : Year) |
| | : FORFEITURE: |
| | : 18 U.S.C. § 924(d); |
| | : 21 U.S.C. § 853(p); and |
| | : 28 U.S.C. § 2461(c) |
| | : (Category B) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about December 13, 2023, within the District of Columbia and elsewhere, defendants **VINCENT LEE ALSTON** and **JUWON MARKEL ANDERSON**, also known as "Peezy," and others both known and unknown to the Grand Jury did knowingly and willfully combine, conspire, confederate and agree together, and with other persons, to knowingly steal, unlawfully take, and carry away firearms, which had been shipped and transported in interstate commerce, from the premises of a person who is licensed to engage in the business of importing, manufacturing, and dealing in firearms, in violation of Title 18, United States Code, Section 922(u).

## GOAL OF THE CONSPIRACY

It was the goal of the conspiracy to steal firearms from a pawn shop in Maryland and transport them into Washington, D.C.

## OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of the conspiracy, and in order to effect the objects thereof, the co-conspirators and others, both known and unknown to the Grand Jury, committed, or caused to be committed, the following overt acts in the District of Columbia and elsewhere.

a. On or about December 13, 2023, **JUWON MARKEL ANDERSON**, also known as "Peezy," communicated with **VINCENT LEE ALSTON** about traveling to 706 Crain Highway, Glen Burnie, Maryland, 21061, the location of the A & D pawn shop from which they intended to steal firearms.

b. On or about December 13, 2023, **JUWON MARKEL ANDERSON**, also known as "Peezy," **VINCENT LEE ALSTON,** and their co-conspirators travelled from Washington, D.C. to Maryland and arrived at the A & D Pawn Shop.

c. On or about December 13, 2023, **JUWON MARKEL ANDERSON**, also known as "Peezy," **VINCENT LEE ALSTON,** and their co-conspirators travelled back to Washington, D.C. from Maryland with firearms they had stolen from the A & D Pawn Shop.

d. On or about December 15, 2023, **VINCENT LEE ALSTON** was in possession of a firearm stolen from the A & D pawn shop on December 13, 2023, that is a Smith & Wesson, model M&P 9 millimeter pistol, serial number MRN6088. .

e. On or about December 15, 2023, **JUWON MARKEL ANDERSON**, also known as "Peezy," was in possession of firearms stolen from the A & D pawn shop on December

13, 2023, including a Ruger, model 57, .57 caliber pistol with an obliterated serial number and a Kel-Tec, model sub-2000, 9 millimeter rifle, with serial number FHFD98.

**(Conspiracy to Commit Theft from a Federal Firearms Licensee**, in violation of Title 18, United States Code, Section 371)

### COUNT TWO

On or about December 15, 2023, within the District of Columbia, **VINCENT LEE ALSTON**, knowingly possessed, received, stored, a stolen firearm, that is, a Smith & Wesson, model M&P 9 millimeter pistol, with serial number MRN6088, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearms were stolen.

**(Unlawful Possession of Stolen Firearm or Ammunition**, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2))

### COUNT THREE

On or about December 15, 2023, within the District of Columbia, **JUWON MARKEL ANDERSON**, also known as "Peezy," knowingly possessed, received, stored stolen firearms, that is, a Ruger, model 57, .57 caliber pistol, and a Kel-Tec, model sub-2000, 9 millimeter rifle, with serial number FHFD98, which had been shipped and transported in interstate commerce knowing and having reasonable cause to believe the firearms were stolen.

**(Unlawful Possession of Stolen Firearms**, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2))

### COUNT FOUR

On or about December 13, 2023, within the District of Columbia, **VINCENT LEE ALSTON**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Circuit Court for Prince George's County, Maryland, Criminal

Case No. CT210035X, did unlawfully and knowingly receive and possess firearms, that is, a Hammerli TAC R1, .22 LR caliber rifle; a Mossberg 590 Nightstick, 12-Gauge shotgun; a Kel-Tec SU22, .22 caliber rifle; a Smith & Wesson M&P 15, .22 LR caliber rifle; a Smith & Wesson M&P 22 Compact, .22 caliber pistol; a Mossberg 590, 12-Gauge shotgun; a H&K 416, .22 LR caliber rifle; and a Kahr Arms CT9, 9 millimeter caliber pistol, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of Firearms by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

### COUNT FIVE

On or about December 15, 2023, within the District of Columbia, **JUWON MARKEL ANDERSON**, also known as "Peezy," knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the District Court for Prince George's County, Maryland, Criminal Case No. C-16-CR-23-001492, did unlawfully and knowingly receive and possess firearms, that is, a Ruger, model 57, .57 caliber pistol, and a Kel-Tec, model sub-2000, 9 millimeter rifle, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of Firearms by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

### FORFEITURE ALLEGATION

1.  Upon conviction of the offense alleged in Counts One, Two, Three, Four or Five of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Hammerli TAC R1, .22 LR caliber rifle; a Mossberg 590 Nightstick, 12-Gauge

shotgun; a Kel-Tec SU22, .22 caliber rifle; a Smith & Wesson M&P 15, .22 LR caliber rifle; a Smith & Wesson M&P 22 Compact, .22 caliber pistol; a Mossberg 590, 12-Gauge shotgun; a H&K 416, .22 LR caliber rifle; a Kahr Arms CT9, 9 millimeter caliber pistol; a Ruger, model 57, .57 caliber pistol, and a Kel-Tec, model sub-2000, 9 millimeter rifle, with serial number FHFD98.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON

*/s/ Matthew M. Graves/MSS*

Attorney of the United States in
and for the District of Columbia